FILED '23 OCT 11 AM08:13 MDGA-COL

UNITED STATES MIDDLE DISTRICT COURT OF GEORGIA
COLUMBUS DIVISION

PLAINTIFF SEABREEZE MHP LLC
 V [this a foreign entity debtor]
DEFENDANT
ELLISSOUND MUSIC CO LLC
 SECURED PARTY CREDITOR

---

Commercial Notice of Appeal in Error
ARTICLE III AFFIDAVIT IN FACT

RESPONDENT SUPERIOR, IS HEREBY NOTIFIED
WITH THE REASONABLE STANDARDS OF THE
REHABILITATION ACT 1974, ALL COST AFFECTING THE
OPERATION OF THIS OFFICE TO WIT, ARE FULLY
RESPONSIBLE OF ALL LEGAL FEES AND COSTS THE
GOVERNMENT MAY INCUR.

---

VERIFIED PLAINTIFF STATEMENT OF FACTS

THE PLAINTIFF IS UNDER NOTICE  OF A ERROR IN
LAWFUL TRUE BILLING
THE DEFENDANT HEREBY RESERVES ALL RIGHTS
AUTHORIZED BY THE SECRETARY OF STATE FULL FAITH
AND CREDIT UNDER THE UCC, 3 AND 4 TO OBSTRUCT

UNDER COLOR OF LAW
BY CLEAR ERROR OF A DISCHARGED " NOTE TO
SATISFY A COMMERCIAL DEBT. IN DUE COURSE
PURSUANT,

UCC-3 UCC-4 [UNCITRAL] INTERNATIONAL UNITED
NATIONS NEGOTIABLE NOTE WHICH IS AN EVERYDAY

COMMON PRACTICE WITHIN THE JUDICIARY BETWEEN
CORPORATIONS, GOVERNMENTS, AND  BANKS,

JURISDICTION AND VENUE
TITLE 28 PART IV, CHAPTER 87, SECTION 1391 S.(D)(E)(1)(2)(3)
AN ALIEN MAY BE SUED IN ANY DISTRICT. IN 1990
SUBSEC.(A) PUB. L. 101-650 SEC 3111.  [ART IV SEC. 1;]

1. This is a commercial action, both plaintiff and defendant are
   corporations, This action arises against an officer of the United
   States, and her liberty interest against commissioned officer duly
   sworn to a four year term, to defend, protect, the United States
   constitution in all powers granted therein, commissioned to this
   parcel address, as all matters handled by this government agent on
   its own commission, to stop corporate fraud, security fraud, anything
   stated therein that deprives her Liberty interests, defendant in this
   action is immune under U.S. code 11th amendment of the
   constitution.

2.  Plaintiff has failed to give a true accounting accurate, and complete,
    court erred in preference of an international secured commercial
    note payable in full to the defendant corporation, hereinafter, the
    plaintiff shall be known as seabreeze.

3. Plaintiff hereby noticing to seabreeze, this honorable court, special appearance, National signing agent, as a commissioned ministerial officer, in my official and commercial capacity.

4. I hereby attest to the corporate deficiencies of plaintiff stating and refusal to maintain honorable commercial standards as required by tax law, all reasonable standards of true accounting to the state of Georgia are hereby declared fraudulent and fails to meet the true accurate and complete billing to collect revenue is a collateral liability to the state of Georgia, with direct effect, on her liability.

5. The defendant asserted a claim for $8,122.19, without a true billing or accounting to a commercial venue of commissioned officers. Refusal to comply with a tax auditing inquiry so the tax commissioner can be duly informed to make a proper assessment.

6. On or about July 5th 2022, money order number, tracer id of said note was discharged with notice on the commercial note, private property was sold to Ellissound Music Co. LLC,is a national corporation, non-foreign entity, as an asset to the corporation, hereinafter, Ellissound. Financial transaction number 19405791353, chattel, secured with a balance of zero{0.00}. [this Corporation is in good standing with full faith credit authorized by the Secretary of State, Georgia, paid in advance until 2026 as a software disability Corporation]

7. Continued to pay the lot rent up until on or about November 2022, this public office after selling the asset continued to try to maintain the integrity, honor of keeping a safe public office, this independent Charter Appointed, by National Association of Christian Ministers, William Lanier Ellis, Sr. New Hope Freewill Baptist Church is recognized as serving a need for Ministry in the promotion of Christian faith, is hereby held ecclesiastically accountable as a public need and service on behalf of the executive cabinet and council of elders in the year of our Lord 2021.

8. Upon another sale of Seabreeze. the corporation by the same principle, same agent, is in violation trespass of commercial law, money laundering, tax fraud, violating the park doctrine of clean hands on the market as an S-Corporation to accept, securities, checks, money orders, exchange notes, promissory notes, pursuant to the Secretary of State dissolution 2017 by public notice violating title 14 O.C.G.A. Commerce and Trade, failure to report is Commercial Liabilities and earnings to the state, [emphasis original].

9. This illegal practice of regulating securities, accepting securities, with no tax ID number, which must be in plain sight of all consumers, while in the gathering for profit, of a Foreign Corporation, is required by all local, state, and federal entities.

10. On or about September 17th, 2023 service processed to the Corporation Ellissound, on or about 9/18/2023 monday on or about 9 to 10am, the Attorney-in-fact, William Lanier Ellis,Sr., met in honor pretoria conference, in seabreeze office, to obtain a true, accurate, and complete said billing to settle the debt in full by the C-Corporation, the agent Donna J. Rumph, thereby was instructed to pay the full amount via a secured negotiable note numbered 031137672. From treasury control number 22013144, a full secured payment drawn on the Commercial Liability from entity to entity without impunity, dishonor, or delay in resolving the debt with a full amount discharged, including legal fees, administrative fees, pursuant and payable under ucc 3 ucc 9 to not delay with dishonor the illegal ann incorrect amount claimed. Payable to the plaintiff at any treasury window, or official agency that handles International Securities.

11. Plaintiff filed an opaque and vague claim, without proper billing, without a claim verified statement of facts, to ascertain the correctness of the billing, true accounting in due course of honoring a note clearly prima facie payable on its face, after discharging the

note payable to Seabreeze MHP on or about 9/25/2023, a Corporate manager, who called himself Artie, whose last name is unknown, his official status as the principle appears unannounced at a public office with a pink slip claiming rent is due now.

12. The gentleman is the new owner, or Corporate Manager is unknown to me, personally, officially, in any capacity. Demanding payment while in the commercial process, the gentleman began to threaten after being asked to leave my Public office, assured me, an officer of the state, that he would be back, and back, and back. Clearly his intent was to upset and harass the defendant into submission instead keeping peace until appearance before the Magistrate. The agent for Ellissound, Donna J Rumph, is not only the agent but is also my full time [8 hours a day 7 days a week] caregiver. Whom had been at the courthouse doing my filing for this case, returned to find me on the floor having a grand mal seizure and having a second one.

13. My agent went to the office for another matter and informed the manager that "Artie" should not harass me due to putting my life into danger. When Artie came into the office, my agent/caregiver politely advised him not to come back to my public office for this matter and to allow a peaceful resolution, by the acceptance and discharge of a secured international note, he then replied "oh, I'm going back". He then circled my public office for 2 days until court with the sole intent to make me aware of his presence. See agent's affidavit.

14. On the preliminary finding of fact, the defendant still asserted a deficient and incorrect of true billing, the honorable Judge Childs, allowed private counsel without giving notice of appearance of counsel to the defendant pursuant to rule 4 rules of court, counsel is allowed but must give the opposing party or entity reasonable notice in time that counsel will be present. Allowing either party discovery time. Counsel's name is unknown to me in any capacity.

15. Seabreeze has failed with every new owner property change, management corporate officers, new owners, agents, have failed to keep safe living conditions of the grounds[emphasis original] current estimate for repair to make it habitable and safe for the public from HHH Lawn Service and Landscaping, and Seasonal Concepts of Columbus did an on site inspection of cost, materials, french drain, to convert the washout from rain and sewage breakage, HHH estimate is $11,000. Deposit up front made by Ellissound $2,750 paid. Receipt on September 3, 2023, numbered 37552. Retainer held by contractor, Matthew Hamby, to keep public office safe and habitable for the public. For all damage degradation and complete safety for lot numbered 43. To ensure a safe walkable grounds for clients doing Notaries, Loan signs, Marriages, or Religious and Worship services to continue on for the city of Columbus, those in need. Not limited to Chaplain services, first responder, rendering Last Rites, passports, attestments, oaths, affirmations, as needed signature services on behalf of the state.

16. The defendant in special appearance in an official capacity can only attest to the truth statement of facts, observation, and first hand knowledge, personal and official information all matters contained within and as this court is aware I am a disabled public servant, with records of proof of the rent from 2018 until it was no longer was safe from sewage breakage and water washout. My duty prohibits the risk of Columbus, a municipality from the public being injured at a public office.

17. Personal Physician, Dr Edet Bassey, from Columbus primary care, Warm Springs Rd, after viewing records and pictures, issued a letter about My disability of Autism, Traumatic Brain Injury, and a Failed and Broken spinal implant, and the danger of walking on the property, stated to me the property needs to be condemned. Per his directive and letter, any questions in any capacity, should be directed to him. This office is a Brain injury nursing training facility with standing since 2018, paid by a Government grant. The plaintiff is the

receiver of this grant, making the corporation a fiduciary, a government learning institution, Columbus Traumatic Outreach Program is a World Health Organization, accredited to help teach and a community need.

18. As an appointed public official, state of Georgia, Nationally, these proceedings are hereby invoked as a clear violation of commercial law in the operation of commerce, violating the U. S. constitution article 4, the plaintiff corporation is hereby enjoined, any officers affiliates public asset private are hereby conveyed to the district court to give a full accounting, joinder of all corporate sponsors, public officials will be held in lieu of its tax ID number for unreported securities, all chattel, property, have been placed on notice by this office pursuant to all regulations under the ucc-1 financing statement has been issued. A foreign entity using a permanently affixed address registered with the Secretary of State, for full recovery loss city assets cost, these affidavits and proceedings shall be ongoing until a true, complete, and accurate accounting from the State of Georgia,  under my commission and oath, all stated therein are true, complete, and accurate to the best of my ability, so help me God.

DONE THIS  3 DAY OCTOBER 2023
ATTORNEY IN FACT
WILLIAM LANIER ELLIS
1067183
Ga bar/s/ William L, Ellis

Agent: Donna J Rumph

## Certificate of Service

I hereby certify, that i have certified a complete true and accurate
copy to Seabreeze MHP Via United States Post Office Certify true
and best of my ability to the Plaintiff. Prepaid US MAIL

Agent for Ellissound Music Co
Donna S. Rumpf