IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM L. ELLIS, SR. on behalf of ELLISSOUND MUSIC CO., LLC,, | * |
| | * |
| Plaintiff, | Case No.  4:23-cv-177-CDL-MSH |
| v. | * |
| SEABREEZE MHP, LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 6, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of December, 2023.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk